# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**KEVIN HELMS,**

        **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:05-cv-383-Orl-22JGG**

**CENTRAL FLORIDA REGIONAL HOSPITAL,**

        **Defendant.**

_____

## ORDER

This cause is before the Court on the Joint Motion for Approval of Settlement Agreement and for Dismissal of Case (Doc. No. 34) filed on December 15, 2006.

The United States Magistrate Judge has submitted a report recommending that the Settlement Agreement be approved, but that the Court decline to retain jurisdiction to enforce the agreement.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of Agreement with Magistrate's Report and Recommendation and Waiver of Filing Written Objections (Doc. No. 37), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendations.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed December 21, 2006 (Doc. No. 36) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement Agreement and for Dismissal of Case (Doc. No. 34) is granted in part and denied in part.

3. The Settlement Agreement is hereby **APPROVED**.

4. The request for the Court to retain jurisdiction to enforce the terms of the Settlement Agreement is **DENIED.**

5. This cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within sixty (60) days, upon good cause shown, or to submit a stipulated form of final order or judgment.

6. The Clerk is directed to **CLOSE** the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 26, 2006.

_____
ANNE C. CONWAY
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record